# IN THE UNITED STATES DISTRICT COURT, IN AND FOR THE CENTRAL DISTRICT OF UTAH

| | |
|---|---|
| PAMELA WHITNEY,<br><br>  Plaintiff,<br>vs.<br><br>HARRISON INVESTMENTS, LC, A Utah Limited Liability Company, John Does I – X, XYZ Corporations and/or Limited Liability Companies I – X.<br><br>  Defendants. | **ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE**<br><br>Case No. 2:18-CV-882<br><br>Judge Clark Waddoups |

This matter is before the Court pursuant to the Stipulated Motion to Dismiss with Prejudice (the "Motion") filed by the parties on October 22, 2019. Having reviewed the Motion, there appears good cause that it should be GRANTED.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this matter is dismissed, with prejudice and with all parties to bear their own fees and costs.

DATED the 23rd day of October, 2019.

BY THE COURT

_____
CLARK WADDOUPS
United States District Judge